UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 22-CR-369 (TSC) |
| | : | |
| VLADISLAV OSIPOV, | : | |
| | : | |
| Defendant. | : | |

NOTICE OF APPEARANCE OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that Assistant United States Attorney Maeghan O. Mikorski is entering her appearance in this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar 481052

By:     */s/ Maeghan O. Mikorski*
MAEGHAN O. MIKORSKI
Assistant United States Attorney
N.Y. Bar No. 5406202
U.S. Attorney's Office for the
District of Columbia
601 D Street, NW
Washington, DC 20530
Maeghan.Mikorski@usdoj.gov
(202) 815-9024