**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------X
)
UNITED STATES OF AMERICA,               )
                                        )
    v.                                  )
                                        ) Case No.: 1:22-CR-00369-TSC
VLADISLAV OSIPOV,                       )
                                        )
                Defendant.              )
                                        )
---------------------------------------X

**DECLARATION OF VLADISLAV OSIPOV**

Pursuant to 28 U.S.C. § 1746, I, Vladislav Osipov, hereby declare as follows:

1. I am a citizen and a resident of the Swiss Confederation.

2. I have lived and worked in Switzerland continuously for the last 16 years.

3. I was formerly a citizen of the Russian Federation. However, I have not lived in Russia since February 2000.

4. Before I was aware of the Indictment in this case, on December 2, 2022, I had filed an application to renounce my Russian citizenship. I received my Official Certificate of Termination of Citizenship of the Russian Federation on May 10, 2023.

5. I live in Switzerland with my wife, who is a citizen of both the Swiss Confederation and the Federal Republic of Germany, and our 15-year-old daughter, who was born in Switzerland and who also is a citizen of both the Swiss Confederation and the Federal Republic of Germany.

6. I own a small business in Zurich that provides project management services to several clients. My company employs three people, including myself.

7. I have never been a citizen of the United States and have never lived in the United States.

8. I was not in the United States either in November 2022, when the Indictment in the above-captioned case was returned or in January 2023, when the Indictment was unsealed.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of July 2023.

_____
Vladislav Osipov