**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 22-cr-369** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **VLADISLAV OSIPOV,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## GOVERNMENT'S NOTICE TO UNSEAL

The United States of America, by and through its undersigned counsel, respectfully submits this Notice to Unseal the Superseding Indictment and Related Pleadings in the above-captioned case. On January 30, 2024, the Court ordered that the government's Motion to Seal, the Superseding Indictment and other related pleadings in above-captioned matter would be sealed "until the government files on the record a Notice that it seeks to unseal the matter, at which time the Clerk of Court shall immediately unseal these documents."

On February 9, 2024, the Court quashed the arrest warrant issued on November 15, 2022 in this case and ordered that the government's Motion to Quash and related filings be filed under seal "until the Superseding Indictment is unsealed, at which time those materials will be automatically unsealed."

With the filing of this Notice, the Superseding Indictment has been unsealed, pursuant to the Court's January 30, 2024 Order. With the unseating of the Superseding Indictment, the Motion to Quash and related filings have been unsealed, pursuant to the Court's February 9, 2024 Order.

1

Thus, the government requests that, consistent with the Court's orders, the Clerk of Court immediately unseal the Superseding Indictment, the Motion and Order to Quash, and all related filings.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

 /s/  *Maeghan O. Mikorski*
Maeghan O. Mikorski
Assistant United States Attorney
D.C. Bar Number 90001976; N.Y. Bar Number 5406202
United States Attorney's Office
601 D St. NW
Washington, D.C. 20530
Telephone: 202-815-9024
Email: maeghan.mikorski@usdoj.gov